IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STUART D. HOWARD,<br><br>                    Plaintiff,<br><br>       vs.<br><br>ANDREW BARKSDALE, #1733, in their individual capacity only;   EIRICH, Inv., #1620, in their individual capacity only; J. TENNEY, #1821, in their individual capacity only;   HYLAND, Inv., in their individual capacity only; WIARDA, Inv., #1789, in their individual capacity only;   BERRY, Inv., #1794, in their individual capacity only; KOSSOW, Sgt., #1310, in their individual capacity only; and  EISENMENGER, #1813, in their individual capacity only;<br><br>                    Defendants. | 4:25CV3136<br><br><br>ORDER |

This matter is before the Court for case management. On January 26, 2026, Defendants filed a Motion to Dismiss Plaintiff's Complaint, or in the alternative, Motion for More Definite Statement, Filing No. 17, and a supporting Brief, Filing No. 18. The certificate of service for each filing states that a copy of the document was mailed to Plaintiff at the Work Ethic Camp in McCook, Nebraska. Filing No. 17 at 2; Filing No. 18 at 8. However, the current address the Court has listed for Plaintiff on the docket sheet is at the Community Corrections Center in Lincoln, Nebraska, which matches the information in the Nebraska Department of Correctional Services' online inmate records. See https://dcs-inmatesearch.ne.gov/Corrections/COR_input.jsp (last visited Jan. 27, 2026). Accordingly,

IT IS ORDERED that:

1. Defendants shall serve a copy of their Motion, Filing No. 17, and Brief, Filing No. 18, on Plaintiff at his current address:

> Stuart D. Howard
> 219451
> SPR – COMMUNITY CORRECTIONS CENTER – LINCOLN
> Inmate Mail/Parcels
> P.O. Box 22200
> Lincoln, NE 68542-2200.

2. Plaintiff shall have 21 days after he is served with the Motion and Brief to file a brief in opposition to the Motion. *See* NECivR 7.1(b)(1)(B). The Court will set a case management deadline of **February 20, 2026**, to check for Plaintiff's opposing brief, which deadline factors in an additional 3 days for service by mail. If Plaintiff requires additional time to file his brief, then he must file a written motion with the Court seeking an extension prior to the February 20, 2026, deadline.

3. The Clerk of Court is directed to set a pro se case management deadline using the following text: **February 20, 2026**: check for Plaintiff's brief.

Dated this 27th day of January, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge